FILED

06 NOV -1 AM 8:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PTU    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE N. DAVIS,<br><br>                          Petitioner,<br><br>  vs.<br><br>BILL LOCKYER, Attorney General for the State of California; U.S. ATTORNEY GENERAL; U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                          Respondent. | Civil No.   06-2251 LAB (POR)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

    Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.[1]

    A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. See Local Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee **no later than December 30, 2006.**

---

    [1] The Court construes Petitioner's Motion for Appointment of Counsel as a petition for writ of habeas corpus.

| | |
|---|---|
| 1 | **For Petitioner's convenience, the Clerk of Court shall attach a blank request to** |
| 2 | **proceed in forma pauperis to this Order.** |
| 3 | |
| 4 | **IT IS SO ORDERED.** |
| 5 | DATED: 10/29/06 |

*Larry A. Burns*
Larry A. Burns
United States District Judge